**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

J & J SPORTS PRODUCTIONS, INC.                                    PLAINTIFF

v.                              No. 2:15CV00127 JLH

VICTORIA DENNIS, individually and d/b/a
Ameca Mexican Restaurant; and AMECA DINNER
CLUB, INC., an unknown business entity d/b/a
Ameca Mexican Restaurant                                          DEFENDANTS

**DEFAULT JUDGMENT**

The Clerk's default was entered against defendants Victoria Dennis, individually and d/b/a Ameca Mexican Restaurant, and Ameca Dinner Club Inc., d/b/a Ameca Mexican Restaurant (hereinafter "defendants") on December 2, 2015. J & J Sports Productions, Inc., filed an application for entry of default judgment and documentation in support on or about December 30, 2015. The application was served on the defendants and notice was given to them. Victoria Dennis has entered no appearance in person or in writing. Ameca Dinner Club, Inc., filed an answer after its default was entered, but that answer has been struck. Ameca Dinner Club, Inc., moved to dismiss the complaint for insufficient service, but that motion was denied. All requirements for entry of default judgment pursuant to Federal Rule of Civil Procedure 55 have been met.

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered against defendants and in favor of J & J Sports Productions, Inc., as follows:

| | | |
|---|---|---:|
| a. | For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(i)(II): | $ 5,000.00 |
| b. | For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(ii): | $10,000.00 |
| c. | For the Tort of Conversion: | <u>$ 4,200.00</u> |
| | Total: | $19,200.00 |

IT IS ALSO ORDERED that J & J Sports Productions, Inc., shall have fourteen (14) days from the date of entry of judgment to submit its motion for costs and attorneys' fees.

IT IS SO ORDERED this 16th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE